IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JAMES EDWARD GRANT,

                      Plaintiff,

  v.                                                   OPINION and ORDER

ARAMARK UNIFORMS,                          20-cv-161-jdp

                      Defendant.

---

Plaintiff James Edward Grant, appearing pro se, is a prisoner at the Milwaukee County House of Correction. He has filed a document that he calls a "Notice or Motion for a New Complaint," Dkt. 1, in which he alleges that defendant Aramark Uniforms is poisoning his food. I take Grant to be saying that Aramark is a supplier for the House of Correction.

Under the terms of sanctions issued by this court, Grant generally remains barred from proceeding with new cases until he pays off the large debt he owes for filing fees for the cases and appeals he previously filed. The only case-initiating documents he may file are habeas corpus petitions and complaints in which he alleges that he is in imminent danger of serious physical harm. *See Grant v. Gill*, No. 15-cv-420-jdp, 2016 WL 80676 (W.D. Wis. Jan. 7, 2016). As I've explained to Grant before, in different circumstances, I might treat an allegation of food poisoning as an allegation that the plaintiff is in imminent danger of serious physical harm. But Grant is already barred from making vague allegations of food poisoning, after he did just that multiple times in this court without substantiating those allegations. *See Grant v. Maggle*, No. 14-cv-78-bbc, at *2–3 (W.D. Wis. Mar. 19, 2014). His allegations here are as vague and implausible as his previous cases. So I will dismiss this case under the terms of his sanctions.

ORDER

IT IS ORDERED that this case is DISMISSED. The clerk of court is directed to enter judgment for defendant and close this case.

Entered March 9, 2020.

BY THE COURT:

/s/

_____
JAMES D. PETERSON
District Judge