IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES EDWARD GRANT,

    Plaintiff,

  v.

Case No. 20-cv-161-jdp

ARAMARK UNIFORMS,

    Defendant.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 3/9/2020 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |